IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK ARGENTIERI and | : | |
| DIANA ARGENTIERI, h/w | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| FIRST VEHICLE SERVICES, INC. and | : | NO. 10-2086 |
| FIRST TRANSIT, INC. | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 28th day of *February*, 2011, upon consideration of Defendant First Vehicle Services, Inc.'s Motion for Summary Judgment (Docket No. 15) and the Response of Plaintiffs Frank and Diana Argentieri (Docket No. 16), it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.